ACCEPTED
15-25-00093-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/28/2025 9:27 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00093-CV

# In the Court of Appeals for the Fifteenth Judicial District Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/28/2025 9:27:12 AM
CHRISTOPHER A. PRINE
Clerk

THE STATE OF TEXAS,

*Appellant*,

*v.*

CITY OF SAN ANTONIO; RON NIRENBERG, IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF SAN ANTONIO; ERIK WALSH, IN HIS OFFICIAL CAPACITY AS CITY MANAGER OF THE CITY OF SAN ANTONIO,

*Appellees.*

On Appeal from the
407th Judicial District Court, Bexar County

## NOTICE OF DESIGNATION OF LEAD APPELLATE COUNSEL

Under Texas Rule of Appellate Procedure 6, appellant the State of Texas gives notice that Assistant Solicitor General Sara B. Baumgardner will serve as its lead counsel in this Court. Please send all communications regarding this matter to:

Sara B. Baumgardner
Assistant Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697
Sara.Baumgardner@oag.texas.gov

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

AARON L. NIELSON
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

/s/ Sara B. Baumgardner
SARA B. BAUMGARDNER
Assistant Solicitor General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

State Bar No. 24108865
Sara.Baumgardner@oag.texas.gov

Counsel for Appellant

## CERTIFICATE OF COMPLIANCE

Microsoft Word reports that this brief contains 66 words, excluding exempted text.

/s/ Sara B. Baumgardner
SARA B. BAUMGARDNER

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Mendoza-Williamson on behalf of Sara Baumgardner
Bar No. 24108865
maria.williamson@oag.texas.gov
Envelope ID: 101313280
Filing Code Description: Other Document
Filing Description: 20250528 Texas v San Antonio Notice of Appearance Baumgardner_Final
Status as of 5/28/2025 9:45 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sara Baumgardner | | sara.baumgardner@oag.texas.gov | 5/28/2025 9:27:12 AM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 5/28/2025 9:27:12 AM | SENT |
| Deborah Klein | 11556750 | Deborah.Klein@sanantonio.gov | 5/28/2025 9:27:12 AM | SENT |
| Kennon Wooten | 24046624 | kwooten@scottdoug.com | 5/28/2025 9:27:12 AM | SENT |
| Lauren Ditty | 24116290 | lditty@scottdoug.com | 5/28/2025 9:27:12 AM | SENT |